IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:25-cr-25-KDB

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **BILL OF INDICTMENT** |
| ) | |
| v. ) | |
| ) | Violation: 8 U.S.C. §§ 1326(a) and (b)(2) |
| FREDERICK VILLEGAS DEL CASTILLO, ) | |
| a/k/a FREDERICK VILLEGAS DEL CASTRO, ) | |
| a/k/a FREDER VILLEGAS-DELCASTILLO, ) | |
| a/k/a FREDERICK DEL CASTILLO VILLEGAS ) | |
| ) | |

### COUNT ONE

On or about May 10, 2025, in Wilkes County, within the Western District of North Carolina, and elsewhere, the defendant,

**FREDERICK VILLEGAS DEL CASTILLO,
a/k/a FREDERICK VILLEGAS DEL CASTRO,
a/k/a FREDER VILLEGAS-DELCASTILLO,
a/k/a FREDERICK DEL CASTILLO VILLEGAS**

being an alien, was found in the United States after having been removed therefrom on or about April 25, 2019, at or near Hidalgo, Texas, May 18, 2020, at or near Hidalgo, Texas, and June 28, 2023, at or near Brownsville, Texas, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL:

RUSS FERGUSON
UNITED STATES ATTORNEY

KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY