IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FREDERICK VILLEGAS DEL CASTILLO,<br><br>Defendant. | DOCKET NO.: 5:25-cr-00025-KDB<br><br>**UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTION DEADLINE** |

Mr. Frederick Villegas Del Castillo, by and through undersigned counsel, hereby requests that this Court continue the trial date currently set for October 20, 2025, and the pretrial motion deadline in this case. As grounds therefore, it is averred:

1. Mr. Del Castillo is currently charged with illegal reentry, in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

2. Mr. Del Castillo was arraigned and entered a plea of not guilty on June 11, 2025. Mr. Del Castillo consented to detention.

3. Defense counsel needs additional time to negotiate this case with the government and discuss a potential resolution with Mr. Del Castillo.

4. This is the second continuance in this case.

5. Under these circumstances, the ends of justice served by a continuance of the trial date would outweigh the best interests of the public and the defendant in a speedy trial.

6. The United States does not oppose this motion.

**WHEREFORE,** the defendant respectfully requests a continuance of his trial date and the pretrial motions deadline.

Respectfully submitted:

s/ *[signature]*

Carson Smith
N.C. Bar No. 50997
Assistant Federal Defender
Federal Public Defender's Office
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
Carson_smith@fd.org

***Attorney for Frederick Villegas Del Castillo***

Dated: September 22, 2025